AO 93  (Rev. 11/13) Search and Seizure Warrant

## UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

**UNDER SEAL**

| | |
|---|---|
| In the Matter of the Search of <br> *(Briefly describe the property to be searched <br> or identify the person by name and address)* <br><br> 10890 MORNING GLORY COURT <br> UNIT 403, MANASSAS, VA 20109 | ) <br> ) <br> ) <br> )    Case No.    1:19-sw-1598 <br> ) <br> ) <br> ) |

### SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Eastern _____ District of _____ Virginia _____
*(identify the person or describe the property to be searched and give its location)*:

10890 MORNING GLORY COURT, UNIT 403, MANASSAS, VA 20109, as described in Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment C.

**YOU ARE COMMANDED** to execute this warrant on or before _____ December 19, 2019 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Ivan D. Davis _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   5 Dec 19 @ 1435 hrs,    _____/s/_____ IDD 12/17/19
                                                            Ivan D. Davis
                                                            United States Magistrate Judge
                                                            *Judge's signature*

City and state:      Alexandria, Virginia       Hon. Ivan D. Davis, U.S. Magistrate Judge
                                                            *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.:<br>1:19-sw-1598 | Date and time warrant executed:<br>12/11/2019    0700 | Copy of warrant and inventory left with:<br>Blanca Rodas |
|---|---|---|

Inventory made in the presence of :
SA Adams

Inventory of the property taken and name of any person(s) seized:

- Silver/White Apple iPhone
- Black Digital Scale
- Black backpack containing Blender, baggies, spoon, Inositol powder, Acetone
- Suspected Cocaine
- Francisco Rodas' Passport
- Black alcatel smartphone with Rodas Debit Card, MGM Card: Room key
- Records and Documents in Rodas' name

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12-17-19

_Executing officer's signature_

Jose J. Ogundo Special Agent
_Printed name and title_