**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA**

Alexandria Division

IN THE MATTER OF THE SEARCH OF:

10890 MORNING GLORY COURT
UNIT 403
MANASSAS, VA 20109

1:19-sw-1598

## UNITED STATES' MOTION TO UNSEAL SEARCH WARRANT DOCUMENTS

The United States, by and through undersigned counsel, asks this Honorable Court for entry of an order unsealing the search warrant, the application for the search warrant, the affidavit in support thereof, the Motion to Seal, the Order to Seal, and any other documents filed in connection with this matter be unsealed. Public disclosure of the documents filed under seal will no longer jeopardize a pending criminal investigation.

Respectfully submitted,

Raj Parekh
Acting United States Attorney

By: *Phil Alito*
_____
Philip Alito
Assistant United States Attorney